IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BARTON ALLEN JOHNSON,

        Plaintiff,

vs.                              CASE NO.: 4:09cv226-SPM/WCS

DEPUTY McCLURE and
DEPUTY McGOWEN,

        Defendants.
_____/

## ORDER OF DISQUALIFICATION

        I hereby disqualify myself from handling this matter and respectfully

request that another judge be assigned.

        SO ORDERED this 1st day of August, 2011.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Senior United States District Judge